```
 1  JERRY PERSKY
    California State Bar No. 96574
 2  5657 Wilshire Boulevard, Suite 410
    Los Angeles, California 90036
 3  Telephone No.  (323) 938-4000
    Facsimile No.   (323) 938-4068
 4  E-mail address: jpersky48@aol.com

 5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON LEE, | NO. ED CV 16-562-RGK (JC) |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of three thousand five hundred dollars and no cents ($3,500.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: November 23, 2016

*/s/ Gary Klausner*
_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE